## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR271 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **RICHARD A. COMBS,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of the government to submit a supplemental memorandum (Filing No. 21).  The motion is granted.

The government shall have to **on or before September 14, 2005**, in which to file the supplemental memorandum.  Defendant shall have to **on or before September 20, 2005**, in which to file a reply.

**IT IS SO ORDERED.**

DATED this 9th day of September, 2005.

BY THE COURT:

 s/Thomas D. Thalken
United States Magistrate Judge
