# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:05CR271** |
| **vs.** | ) | |
| | ) | **ORDER** |
| **RICHARD A. COMBS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on defendant's motion to continue trial (#31). The conflicting trial providing the basis for the request has been rescheduled. Accordingly,

**IT IS ORDERED** that the motion to continue trial (#31) is denied.

**DATED January 5, 2006.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**