IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:05CR271** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **RICHARD A. COMBS,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's motion for early termination of supervised release (Filing No. 55) and the government's objection to the motion (Filing No. 56).

IT IS ORDERED:

1. The Defendant's motion for early termination of supervised release (Filing No. 55) is denied; and

2. The government's objection (Filing No. 56) is granted.

DATED this 16th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge